IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION FUND, )
    Plaintiff, )
)
v. ) Civil Action No. 1:12cv947
)
SPECIALIZED SERVICES LLC, )
    Defendant. )

## JUDGMENT ORDER

Upon consideration of the December 14, 2012 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby ORDERED that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the December 14, 2012 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant Specialized Services LLC in the total amount of $9,023.63.

The Clerk is DIRECTED to enter judgment, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further DIRECTED to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
December 31, 2012

T. S. Ellis, III
United States District Judge